Michele M. Poteracke, SBN143207
LAW OFFICE OF MICHELE M. POTERACKE
850 Third Street
Santa Rosa, CA 95404
Tele: 707 571-1109
mmp@poterackelaw.com

Attorney for Debtor,
Barbara Hopkins

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re ) Case No. 08-12729
)
STEVE HOPKINS and ) APPLICATION TO DISMISS IN PART,
BARBARA HOPKINS, ) DECLARATION OF CHANGED
) CIRCUMSTANCES, and ORDER TO
) DISMISS CASE IN PART,
) AS TO BARBARA HOPKINS ONLY
Debtors. )
_____)

The application of BARBARA HOPKINS, Joint Debtor, respectfully represents:

1. A voluntary petition for relief under Chapter 13 of title 11 of the United States Code was filed on behalf of Steven and Barbara Hopkins on December 19, 2008. Shortly after the filing of the joint petition, Debtor and Joint Debtor separated and have maintained two separate households since October 2009. Their dissolution of marriage case was filed October 22, 2009 in Sonoma County Superior Court, case no. SFL48738.

2. Joint Debtor, Barbara Hopkins, believes that neither of the parties is capable of successfully making the plan payments while maintaining separate households. She is not able to contribute to the plan and maintain the full support of herself and both of the children in the marriage. Further, she and Debtor Steven Hopkins are unable to coordinate or communicate relating to the within case.

1

2. The case has not been converted or dismissed prior to this request.

3. Pursuant to Bankruptcy Code Section 1307(b), a debtor has an absolute right to voluntarily dismiss or convert, without a hearing.

WHEREFORE, Debtor, BARBARA HOPKINS, prays that the petition for relief under chapter 13 be dismissed as to her ONLY.

## DECLARATION IN SUPPORT

I, BARBARA HOPKINS, declare:

1. I am the joint debtor in the above captioned case.

2. The case was filed as a joint case with my husband, Steven Hopkins on December 19, 2008. However, shortly after filing the bankruptcy and due to factors not related to the bankruptcy, we separated. Steven has remained in the family residence listed in our schedules and our sons and I have moved out, maintaining a separate household since October 2009.

3. On or about October 22, 2009, a divorce action was filed with the Sonoma County Court, case no. SFL48738. The divorce has been highly contentious and Debtor and I are unable to communicate about anything, much less cooperate in the present bankruptcy case. Further, I do not have sufficient income to maintain my own residence and contribute to the pending chapter 13 case. At present, there is no order in the divorce case relating to either spousal or child support, and Steven is not voluntarily making child support payments.

4. Based on the foregoing, I am asking that I be dismissed from the present chapter 13 case so that I can re-assess my financial situation, taking my divorce into consideration. I ask that the dismissal be without prejudice to permit my filing a chapter 7 on my own in the coming weeks.

I swear under penalty of perjury that the foregoing is true and correct and that if called to testify as to these facts I can do so competently.

/s/ Barbara Hopkins

Dated: 03/11/2010     By:_____
                           Barbara Hopkins

2

## ORDER

Good cause appearing,

IT IS ORDERED that case number 2008-12729 is hereby dismissed **as to Barbara Hopkins only**. The case shall continue as an individual case in the name of Steven Hopkins only.

Dated: April 8, 2010

                                          Alan Jaroslovsky
                                          U.S. Bankruptcy Judge